JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR BUCIO ZAMORA, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; CHARTER COMMUNICATIONS, INC., a Delaware corporation; and Does 1 through 30, inclusive,<br><br>　　　Defendants. | Case No. 2:21-cv-09218-SVW-MAR<br>*Assigned to Hon. Stephen V. Wilson*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>Complaint Filed: October 18, 2021<br>Date of Removal: November 24, 2021 |

Having considered the Remand, and good cause appearing therein,

IT IS HEREBY ORDERED THAT the Parties' Stipulation to Remand is GRANTED. Pursuant to 28 U.S.C. § 1447(c), this action is REMANDED to the Superior Court of the State of California, County of Los Angeles.

IT IS SO ORDERED.

DATED: January 13, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE